Michael Sherman PHILLIPS *v.* STATE of Arkansas

CR 97-814                                                        949 S.W.2d 894

Supreme Court of Arkansas
Opinion delivered September 11, 1997

*Joel O. Huggins,* for appellant.

No response.

PER CURIAM. Michael S. Phillips, by and through his attorney, has filed a motion for a rule on the clerk. His attorney, Joel O. Huggins, admits in his motion that the record was tendered late due to a mistake on his part.

■ We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See In re Belated Appeals in Criminal Cases,* 265 Ark. 964 (1979) (per curiam).

The motion is therefore granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.